Certificate Number: 05781-PAM-DE-031016124

Bankruptcy Case Number: 18-01023



05781-PAM-DE-031016124

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 10, 2018, at 7:46 o'clock PM PDT, David Garner completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 10, 2018        By:     /s/Allison M Geving

                          Name:   Allison M Geving

                          Title:  President