Brent C. Diefenderfer, Attorney
bdiefenderfer@cgalaw.com
Ext. 127

August 27, 2018

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
United States Bankruptcy Court
Ronald Reagan Federal Building
228 Walnut Street
Harrisburg, PA 17101

Re: **David B. Garner**
    **Case No. 1:18-bk-1023-HWV**

Dear Mr. Miller:

Please provide a certified copy of the Order entered today, on August 27, 2018, at docket #33 in the above-captioned case.

Thank you.

Sincerely,

*/s/ Brent C. Diefenderfer*

Brent C. Diefenderfer

BCD/jhr

{01516966/1}