```
                          United States Bankruptcy Court
                          Middle District of Pennsylvania
In re:                                                               Case No. 18-01023-HWV
David B. Garner                                                      Chapter 13
         Debtor
                             CERTIFICATE OF NOTICE
District/off: 0314-1          User: LyndseyPr             Page 1 of 1              Date Rcvd: Aug 27, 2018
                              Form ID: pdf010             Total Noticed: 1
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 29, 2018.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
5034474      +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 27 2018 19:37:37    CAPITAL ONE,
        ATTN: BANKRUPTCY,   PO BOX 30285,   SALT LAKE CITY, UT 84130-0285
                                                                                                                     TOTAL: 1

            ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                                                                                                   TOTAL: 0
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 29, 2018                                                Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 27, 2018 at the address(es) listed below:
          Brent   Diefenderfer    on behalf of Debtor 1 David B. Garner bdiefenderfer@cgalaw.com,
          tlocondro@cgalaw.com;scomegna@cgalaw.com;hlocke@cgalaw.com;rminello@cgalaw.com;kbrayboy@cgalaw.co
          m;jrosenau@cgalaw.com;r48835@notify.bestcase.com
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          James   Warmbrodt    on behalf of Creditor   Grand Avenue Mortgage Loan Trust 2017-RPL1
          bkgroup@kmllawgroup.com
          United States Trustee    ustpregion03.ha.ecf@usdoj.gov
                                                                                                                                                                                                       TOTAL: 4

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In Re:<br>David B. Garner,<br>  Debtor | Chapter 13<br><br>Case No. 1:18-bk-01023-HWV |
| David B. Garner,<br>  Movant<br><br>v.<br><br>Capital One Bank USA NA,<br><br>  Respondent | |

ORDER GRANTING DEBTOR'S MOTION TO AVOID
AND STRIKE JUDICIAL LIEN OF CAPITAL ONE BANK USA NA
TO THE EXTENT IT IMPAIRS THE DEBTOR'S EXEMPTIONS

AND NOW, upon Debtor's Motion to Avoid and Strike the Judicial Lien of Capital One Bank, and Notice of same, the Motion is GRANTED:

The judicial lien in favor of Respondent, located at Case No. 2017-NO-003874 in the Court of Common Pleas of York County, Pennsylvania is voided; and,

The York County Prothonotary is directed to mark the judicial lien as stricken and no longer constituting a lien against real estate known as 1305 Delta Road, Red Lion, Pennsylvania 17356.

Dated: August 27, 2018

By the Court,

*Henry W. Van Eck*

Henry W. Van Eck, Bankruptcy Judge (KB)

{01503171/1}