Brent C. Diefenderfer, Attorney
bdiefenderfer@cgalaw.com
Ext. 127

September 21, 2018

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: **David B. Garner**
     **Ch. 13, Case No. 1:18-bk-01023-HWV**

Dear Mr. Miller:

Please change the address of the following creditor:

| Old Address: | New Address: |
|---|---|
| 1305 Delta Road | 1663 Haar Road |
| Red Lion, PA 17356 | Spring Grove, PA 17362 |

Sincerely,

*/s/ Brent C. Diefenderfer*

Brent C. Diefenderfer

BCD/jhr