Brent C. Diefenderfer, Attorney
bdiefenderfer@cgalaw.com
Ext. 127

December 19, 2018

Mr. Terrence S. Miller
Clerk of the Bankruptcy Court
228 Walnut Street, Room 320
Harrisburg, PA 17101

Re: **David B. Garner**
    **Ch. 13, Case No. 1:18-bk-01023**

Dear Mr. Miller:

Please change the address of the Debtor:

New Address:

3640 Carlisle Road
Dover, PA 17315

Sincerely,

*/s/ Brent C. Diefenderfer*

Brent C. Diefenderfer

BCD/jhr

{01458227/1}